IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS KELLY,

        Plaintiff,

        v.                          Civil Action No. 2:21-cv-000334-WB

PGW AUTO GLASS, LLC,

        Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Thomas Kelly and Defendant PGW Auto Glass, LLC, hereby stipulate and agree that all claims filed against Defendant PGW Auto Glass, LLC are hereby dismissed without prejudice and with each party to bear its own costs and attorneys' fees.

**MALAMUT & ASSOCIATES**
Attorneys for Plaintiff

*/s/ Mark R. Natale*
Mark R. Natale, Esq.
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 424-1808 (tel)
mnatale@malamutlaw.com

**FISHER & PHILLIPS LLP**
Attorneys for Defendant

*/s/ Michael R. Galey*
Michael R. Galey, Esq.
2 Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, Pennsylvania 19103
(610) 230-2150 (tel)
mgaley@fisherphillips.com

**AND IT IS SO ORDERED:**

_/s/Wendy Beetlestone, J.

Hon. Wendy Beetlestone

4/14/2021

FP 40284513.1